IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADRIAN LAMAR HILEY                                          PLAINTIFF
ADC #132442


v.                          No. 4:25-cv-1322-DPM


MIKE KNOEDL, Sheriff, Dallas
County Detention Center;  JORDAN
ABLES, Deputy Sheriff, Dallas County
Detention Center;  JOHN MACNICHOL,
Mayor, City of Fordyce;  and DOE, Police/
Patrolman, Fordyce Police Department          DEFENDANTS


JUDGMENT

Hiley's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_13 April 2026_